# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID AND DEBBIE HUGHES, | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 1:15-cv-03259 |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW David DeGreeff of the law firm of WAGSTAFF & CARTMELL LLP and hereby request leave of the Court to withdraw as counsel of record for Plaintiff David and Debbie Hughes in the above-captioned case. These defendants will continue to be represented by David Summers of Summers & Johnson, P.C.

Dated: June 2, 2015

Respectfully submitted,

/s/ David C. DeGreeff
David C. DeGreeff
WAGSTAFF & CARTMELL LLP
4740 Grand Ave. Ste. 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
ddegreeff@wcllp.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

   I hereby certify that on June 2, 2015, the foregoing Motion for Leave to Withdraw was filed electronically with the Clerk of Court through the Court's ECF system, which will send notification of this filing to all counsel and parties of record:

               /s/ David C. DeGreeff
               David C. DeGreeff

4837-3528-5795, v. 2