UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID AND DEBBIE HUGHES, | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 1:15-cv-03259 |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY AND COMPANY, et al., | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO WITHDRAW**
**MOTION FOR LEAVE TO WITHDRAW (DOC. NO. 4)**

COMES NOW attorney David C. DeGreeff, of the law firm of WAGSTAFF & CARTMELL LLP, and hereby requests the Court withdraw *Plaintiffs' Motion for Leave to Withdraw* (Doc No. 4)

Dated: June 2, 2015

Respectfully submitted,

/s/ David C. DeGreeff
David C. DeGreeff
WAGSTAFF & CARTMELL LLP
4740 Grand Ave. Ste. 300
Kansas City, MO 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
ddegreeff@wcllp.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2015, the foregoing *Motion to Withdraw* was filed electronically with the Clerk of Court through the Court's ECF system, which will send notification of this filing to all counsel and parties of record:

                                      /s/ David C. DeGreeff
                                      David C. DeGreeff

4837-3528-5795, v. 2